IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KERRY R. BRINKLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| V. | ) | |
| | ) | 3:18-CV-0383-G (BN) |
| PENNYMAC LOAN SERVICES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the findings and recommendation of the United States Magistrate Judge dated October 22, 2018, the court finds that the findings and recommendation of the magistrate judge are correct and they are accepted as the findings and recommendation of the court.

It is therefore **ORDERED** that the findings and recommendation of the United States Magistrate Judge are accepted.

The court hereby **GRANTS** defendant's motion for summary judgment (docket entry 12) and **DISMISSES** plaintiff's action with prejudice.

**SO ORDERED**.

November 15, 2018.

_____
**A. JOE FISH**
**Senior United States District Judge**